**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PO-18-05059-BLG-TJC** |
| | **Violation No. F4864075** |
| **Plaintiff,** | **Location Code: M3** |
| | |
| **vs.** | **ORDER GRANTING MOTION TO** |
| | **DISMISS WITH PREJUDICE** |
| **JAY E. GLEN,** | |
| | |
| **Defendant.** | |

Based on motion of the United States and good cause appearing,

IT IS ORDERED that the Motion to Dismiss, with Prejudice, Violation

Notice F4864075 (Doc. 8) is GRANTED. This matter is dismissed, with

prejudice, as fully adjudicated.

DATED this 29th day of October, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge